ARMSTRONG TEASDALE LLP
DANIEL SAKAGUCHI, BAR NO. 222722
dsakaguchi@armstrongteasdale.com
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:    314.621.5070
Facsimile:    314.621.5065
dsakaguchi@armstrongteasdale.com

Attorney for Defendant Mar-Cone Appliance Parts Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>           Plaintiff,<br><br>      v.<br><br>Gary G. Peterson, Trustee of the Peterson Marital Trust dated May 29, 1986; Main STDEV LLC, a California Limited Liability Company; Mar-Cone Appliance Parts Co., a Missouri Corporation, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 3:16-cv-00949<br>Order<br>**STIPULATED REQUEST FOR ORDER TO EXTEND TIME TO CONDUCT SITE INSPECTION**<br><br>Complaint Filed:  February 25, 2016<br>Complaint Served:  March 7, 2016 |

WHEREAS, Plaintiff Scott Johnson ("Plaintiff") filed his initial Complaint in this matter on February 25, 2016;

WHEREAS, this Court entered a Scheduling Order on March 2, 2016 (Doc. 5);

WHEREAS, the Scheduling Order set the last day for parties and counsel to hold joint inspection of premises for June 9, 2016.

WHEREAS, the parties desire to extend the time to hold a joint inspection of premises to June 24, 2016, which will allow the parties to engage in further settlement discussions.

WHEREAS, all parties consent to the proposed extension.

WHEREAS, this is the parties' first request for additional time to conduct the site

1 | inspection; the only prior extension requests were from Defendants seeking additional time to respond to Plaintiff's Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants to request that, Pursuant to Local Rule 6-2, the Court Order the following:

The parties have until June 24, 2016, to hold joint inspection of premises.

This extension will not interfere with any other deadlines currently set by this Court.

DATED:  June 8, 2016

_____/s/ Teresa Allen_____
TERESA ALLEN
Attorney for Plaintiff

_____/s/ Martin Orlick_____
MARTIN ORLICK
Attorney for Defendant, Gary G. Peterson, Trustee of the Peterson Marital Trust dated May 29, 1986

_____/s/ Daniel Sakaguchi\_\_\_
DANIEL SAKAGUCHI
Attorney for Defendant, Mar-Cone Appliance Parts Co.

[GRANTED stamp: Judge Richard Seeborg, United States District Court, Northern District of California]

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 8, 2016    By:\_\_\_\_/s/ Daniel Sakaguchi_____
                             Daniel Sakaguchi, Attorney for Defendant
                             Mar-Cone Appliance Parts Co.